UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DEERING, | ) CASE NO. CV 08-3134-DOC (PJW) |
| Plaintiff, | ) |
| | ) J U D G M E N T |
| v. | ) |
| WILKINSON, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:    July 26, 2010 .

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\SIGNEDDeeringjudgment.wpd